UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREA BILLUPS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:19-cv-05891 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR POPULAR ABS, INC., SERIES 2007-A; *et al.*, | ) ) Judge Sara L. Ellis ) ) |
|     Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Andrea Billups and Defendants PHH Mortgage Corporation and Ocwen Loan Servicing LLC (collectively "Parties"), enter into this Joint Stipulation of Dismissal with Prejudice and, by virtue of the below signatures of Plaintiff and Defendants' counsel, jointly stipulate that all claims and causes of action asserted by Plaintiff against Defendants in this case are hereby dismissed with prejudice to refile the same. The Parties agree that all Parties will bear their own costs and fees.

**LOCKE LORD LLP**

/s/ Nicholas D. O'Conner
P. Russell Perdew
Nicholas D. O'Conner
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone 312-443-0700
*rperdew@lockelord.com*
*noconner@lockelord.com*

**ATTORNEYS FOR DEFENDANTS**

**PRO SE PLAINTIFF**

**Andrea Billups**
ddiivvaa2002@yahoo.com
4136 Lakeview Drive
Country Club Hills, IL 60448

91603656v.1

## **CERTIFICATE OF SERVICE**

  I, Nicholas D. O'Conner, an attorney, certify that on May 10, 2021, I caused the foregoing to be served upon all persons and entities authorized and registered to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system.

                  */s/ Nicholas D. O'Conner*

91603908v.1